```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 26699
ADOLFO MORENO
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
SSN XXX-XX-9016


-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/06/08 .

     2.  The case was dismissed without confirmation, 12/19/2008.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                PAID             PAID
-----------------------------------------------------------------------------
WILSHIRE CREDIT CORP    CURRENT MORTG           .00              .00              .00
WILSHIRE CREDIT CORP    MORTGAGE ARRE    NOT FILED              .00              .00
WILSHIRE CREDIT CORP    SECURED                 .00              .00              .00
WILSHIRE CREDIT CORP    MORTGAGE ARRE    NOT FILED              .00              .00
ANDERSON FIN NETWORK    UNSECURED        NOT FILED              .00              .00
CAPITAL ONE BANK        UNSECURED        NOT FILED              .00              .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED       OTHER           TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00           .00             .00
PRINCIPAL PAID           .00         .00         .00           .00             .00
INTEREST PAID            .00         .00         .00           .00             .00
TOTAL PAID               .00         .00         .00           .00             .00
The Debtor's attorney, THOMAS R HITCHCOCK              , was allowed $   3500.00
and was paid $   1161.50   direct and $        .00  through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                                             PAGE   2
        CASE NO. 08 B 26699 ADOLFO MORENO
```